UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**U.S. Bank Trust, N.A. as Trustee for LSF11 Master Participation Trust**
                **Plaintiff**

vs

**Karen Vincent, Defendant, and**

**Caliber Home Loans, Counter-Defendant.**

Miscellaneous Proceeding
Case No. 21-00201

## NOTICE OF STATUS HEARING

Please take notice that a Status Hearing will be held at the U.S. Bankruptcy Court, 537 Congress Street, 2nd Floor, Portland, ME 04101 on **September 14, 2021 at 9:00 a.m.**

Date:  September 1, 2021

Monica Bigley
Clerk of Court

By: /s/ Rachel M. Parker
      Case Administrator

United States Bankruptcy Court
District of Maine

U.S. Bank Trust, N.A. as Trustee for LSF,
    Plaintiff

Adv. Proc. No. 21-00201-pgc

Vincent,
    Defendant

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0100-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 01, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Thomas A. Cox, Esq., Law Office of Thomas A. Cox, PO Box 1314, Portland, ME 04104-1314 |
| aty | + | Thomas J. O'Neill, Day Pitney, LLP, 263 Tresser Blvd., Stamford, CT 06901-3236 |
| dft | + | Karen Vincent, P. O. Box 1326, Standish, ME 04084-1326 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: paula.a.thomas@maine.gov | Sep 01 2021 21:11:00 | State of Maine, Bureau of Revenue Services, Compliance Division Bankruptcy Unit, P.O. Box 1060, Augusta, ME 04332-1060 |
| ust | + | Email/Text: USTPREGION01.PO.ECF@USDOJ.GOV | Sep 01 2021 21:11:07 | Office of U.S. Trustee, 537 Congress Street, Suite 300, Portland, ME 04101-3490 |
| ust | + | Email/Text: USTPREGION01.PO.ECF@USDOJ.GOV | Sep 01 2021 21:11:07 | Office of the U.S. Trustee, 537 Congress Street, Portland, ME 04101-3490 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0100-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 01, 2021 | Form ID: pdf900 | Total Noticed: 6 |

| Name | Email Address |
|---|---|
| Adam J. Shub, Esq. | on behalf of Plaintiff U.S. Bank Trust N.A. as Trustee for LSF11 Master Participation Trust ashub@preti.com, amanhart@preti.com;mlydon@preti.com |
| Adam J. Shub, Esq. | on behalf of Counter-Defendant Caliber Home Loans ashub@preti.com  amanhart@preti.com;mlydon@preti.com |
| John A. Doonan, Esq. | on behalf of Plaintiff U.S. Bank Trust N.A. as Trustee for LSF11 Master Participation Trust mbd@dgandl.com;bs@dgandl.com;rjl@dgandl.com;mp@dgandl.com |
| Reneau J. Longoria | on behalf of Plaintiff U.S. Bank Trust N.A. as Trustee for LSF11 Master Participation Trust rjl@dgandl.com, mbd@dgandl.com;bs@dgandl.com;mp@dgandl.com |

TOTAL: 4