**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| U.S. Bank Trust, N.A. <br><br> Plaintiff <br><br> v. <br><br> Karen Lisa Vincent <br><br>   Defendant and Counterclaim Plaintiff <br><br> v. <br><br> U.S. Bank Trust, N.A., <br> Caliber Home Loans, Inc., <br> John A. Doonan, and <br> Reneau J. Longoria <br><br>   Counterclaim Defendants | Case No. 21-00201 |

**CONSENTED ORDER ON EMERGENCY MOTION**
**OF DEFENDANT/COUNTERCLAIM PLAINTIFF VINCENT**
**TO CONTINUE STATUS HEARING**

Defendant and Counterclaim Plaintiff Vincent has moved to continue the Status Conference set for September 14, 2021, on the grounds that her counsel did not receive notice of said conference until September 10, 2021, and has long standing plans to be out of the country on vacation during the week of September 12, 2021. Counsel for U. Bank Trust, N.A. and Caliber Home Loans, Inc., as well as Attorney Longoria and Attorney Doonan have consented to the motion

IT IS HEREBY ORDERED that the status conference set for September 14, 2021, is hereby continued to **September 28, 2021 at 9:00 a.m.**

DATED: September 13, 2021     /s/ Peter G. Cary
                             _____
                             Judge Peter G. Cary
                             United States Bankruptcy Court