**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST**<br><br>**Plaintiff**<br>v.<br><br>**KAREN VINCENT**<br><br>**Defendant/Counterclaim Plaintiff**<br>v.<br><br>**U.S. BANK TRUST, N.A.**<br>**CALIBER HOME LOANS, INC.**<br>**JOHN A. DOONAN** and<br>**RENEAU J. LONGORIA**<br><br>**Counterclaim Defendants** | **Miscellaneous Proceeding**<br><br>**Case No. 21-00201** |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE

      Pursuant to 11 U.S.C. §§ 102(1) and 342(c), Federal Rule of Bankruptcy Procedure 2002 and 9010(a) and (b), and D. Me. LBR 9010-1, Timothy H. Norton, Esq. hereby enters his appearance as co-counsel for Karen Vincent ("Vincent") in the above proceeding and requests that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon the undersigned as follows:

      Timothy H. Norton, Esq.
      Kelly, Remmel & Zimmerman
      53 Exchange Street
      Portland, ME 04112
      (207) 775-1020
      tnorton@krz.com

      PLEASE TAKE NOTICE that the forgoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes orders and notices of any application, motion, petition, pleading, complaint or other paper filed, served or given by or to any person in connection with the case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive Vincent's: (i) right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) right to trial by jury in any proceeding related to this case; (iii) right to have the District Court withdraw the reference; (iv) right to have the Bankruptcy Court and the District Court abstain in any matter subject to abstention; or (v) other rights, claims, remedies, actions, defenses, setoffs, or recoupments to which Vincent is or may be entitled under agreements or in law or in equity, all of which rights, claims, remedies, actions, defenses, setoffs, and recoupments are expressly reserved and preserved.

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g) and D. Me LBR 9010-1, please add the above name and address to the mailing matrix and service list in this case.

Dated at Portland, Maine this 1st day of October, 2021.

/s/ Timothy H. Norton
Timothy H. Norton

KELLY, REMMEL & ZIMMERMAN
53 Exchange Street
Portland, Maine 04112-0597
(207) 775-1020
tnorton@krz.com

**CERTIFICATE OF SERVICE**

I, Timothy H. Norton, hereby certify pursuant to D. Me. LBR 9042-1, that I have electronically served a true copy of the above Notice of Appearance and Request for Notice upon parties listed on the Court's ECF Notice of Electronic Filing on this date.

Dated at Portland, Maine this 1st day of October, 2021.

/s/ Timothy H. Norton
Timothy H. Norton

KELLY, REMMEL & ZIMMERMAN
53 Exchange Street
Portland, Maine 04112-0597
(207) 775-1020
tnorton@krz.com